UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YADIRA GALARZA CRUZ<br><br>PLAINTIFF<br><br>v.<br><br>GRUPO HIMA SAN PABLO, INC.; CENTRO MÉDICO DEL TURABO, INC.; JOCAR ENTREPRISES CORP.; FERNANDO RODRÍGUEZ;<br>LIBERTY INTERNATIONAL UNDERWRITERS;<br>JOHN DOE; JANE ROE; INSURANCE COMPANIES B AND C<br><br>DEFENDANTS | CIVIL NO. 17-1606 (RAM)(MDM)<br><br>TITLE VII OF THE CIVIL RIGHTS ACT; PUERTO RICO LAWS 17, 69, 80, 100 & 115<br><br>FEDERAL QUESTION JURISDICTION<br><br>PLAINTIFF DEMANDS TRIAL BY JURY |

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**TO THE HONORABLE COURT:**

COME NOW plaintiff Yadira Galarza Cruz (hereinafter referred to as "Plaintiff"), and defendants Grupo HIMA San Pablo, Inc.; Jocar Enterprises, Inc.; Centro Médico del Turabo, Inc.; and Fernando Rodríguez (hereinafter referred jointly to as "Defendants") (collectively, the "Parties"),through their respective undersigned counsel, and very respectfully state and pray as follows:

1. The Parties have executed a *Confidential Settlement and General Release Agreement* (the "Confidential Agreement"). As stipulated, the *Confidential Agreement* will remain private and will not be filed with the Court, unless required for enforcement purposes.

2. In consideration of the mutual promises and covenants set forth in the *Confidential Agreement*, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby request the voluntary dismissal with prejudice of all claims and causes of actions subject of this litigation.

3. The Parties have agreed that the voluntary dismissal with prejudice shall be without any special imposition of costs, interests, or attorney's fees.

4. Accordingly, the Parties request that this Court enter judgment decreeing the voluntary dismissal with prejudice of the *Complaint* (**Docket No. 1**), while retaining jurisdiction to enforce the terms and conditions of the *Confidential Agreement* pursuant to the holdings of Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 379-380, 114 S. Ct. 1673, 128 L. Ed. 2d 391 (1994), as interpreted in F.A.C., Inc. v. Cooperativa de Seguros de Vida de Puerto Rico, 449 F. 3d 185, 189-190 (1st Cir. 2006).

**WHEREFORE**, the Parties respectfully request that this Honorable Court grant the instant stipulation and, consequently, enter judgment decreeing the voluntary dismissal with prejudice of the *Complaint* (**Docket No. 1**) without any special imposition of costs, interests, or attorney's fees, and retaining jurisdiction to enforce the terms and conditions of the *Confidential Agreement*.

**CERTIFICATE OF SERVICE:** We hereby certify that on this same date the foregoing stipulation was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and participants of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 23rd day of October, 2020.

[SIGNATURE PAGE FOLLOW]

| Attorneys for Plaintiff: | Attorneys for Defendants: |
|---|---|
| **LABOR COUNSELS, LLC** | **Collazo Concepción & Collazo** |
| | 9 Claudia Street – Suite 301 |
| Citibank Towers, Suite 500 | Amelia Industrial Park |
| 252 Ponce de León Avenue | Guaynabo PR 00968 |
| San Juan, PR 00918 | Tel. 787-753-8585/Fax:787-753-5278 |
| | |
| P.O. Box 195343 | **s/Ada Nurie Pagán-Isona** |
| San Juan, PR 00919-5343 | Ada Nurie Pagán-Isona |
| T. (787) 758-1400 | USDC No. 216904 |
| F. (787) 758-1414 | apagan@ccclawpr.com |
| C. (787) 460-3456 | |
| | **s/Carlos Concepción Castro** |
| www.laborcounsels.com | USDC No. 218007 |
| paula@laborcounsels.com | cconcepcion@ccclawpr.com |
| pico@laborcounsels.com | |

**S/ CARLOS R. PAULA**
USDCPR BAR NO. 212009

**S/ JAIME E. PICÓ-RODRÍGUEZ**
USDCPR BAR NO. 228113